IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-820-GCM

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| FAIRPOINT COMMUNICATIONS, INC., | ) | |
| Defendant | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Steven Arthur Fredley,** filed November 29, 2016 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Fredley is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Sprint Communications Company, LP.

**IT IS SO ORDERED.**

Signed: December 1, 2016

Graham C. Mullen
United States District Judge