# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-CV-820-GCM

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER |
| FAIRPOINT COMMUNICATIONS, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Susan R. Podolsky**, filed January 30, 2017 [doc. # 9].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Podolsky is admitted to appear before this court *pro hac vice* on behalf of Defendant, FairPoint Communications, Inc.

**IT IS SO ORDERED.**

Signed: January 31, 2017

Graham C. Mullen
United States District Judge