**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00820-GCM**

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., )<br><br>**Plaintiff,** )<br><br>v.    )<br><br>FAIRPOINT COMMUNICATIONS, INC., )<br><br>**Defendant.** ) | **ORDER** |

**THIS MATTER** is before the Court upon its own motion. A certification of initial attorney conference and discovery plan was submitted by the parties on July 28, 2017. A hearing will be scheduled in this matter on September 7, 2017 at 10:30 a.m. in Courtroom 2-2. The parties should be prepared to discuss (1) the availability of administrative determinations of the tariff issues; (2) what factual disputes the pleadings raise; (3) the actual extent of discovery needed; and (4) the electronic discovery issues raised by the parties in their report.

**IT IS SO ORDERED.**

Signed: August 14, 2017

Graham C. Mullen
United States District Judge