# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-CV-820-GCM

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY, L.P., <br>     Plaintiff, <br> v. <br> FAIRPOINT COMMUNICATIONS, INC., <br>     Defendant. | ORDER |

**THIS MATTER** is before the Court upon its own Motion.

**IT IS ORDERED** that the hearing set for September 7, 2017 at 10:30 a.m. is **RE-SET for September 7, 2017 at 2:00 p.m.** in Courtroom 2-2.

**IT IS SO ORDERED.**

Signed: August 15, 2017

Graham C. Mullen
United States District Judge